IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00127-LTB

ADOLPH Q. SHERROD,

    Applicant,

v.

WARDEN BONNER, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

## JUDGMENT

---

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on May 14, 2014, it is hereby

ORDERED that Judgment is entered in favor of Respondents and against Applicant.

DATED at Denver, Colorado, this 14th day of May, 2014.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk


                By: s/K Lyons
                    Deputy Clerk